IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | CR. NO: 1:CR-06-94 |
|---|---|
| V. | J Amyoin |
| BRIAN DRUCKEMILLER | ( _____ , J.) |

FILED
HARRISBURG

INFORMATION        MAR 8 - 2006

COUNT I

MARY E. ...
Per _____
Deputy Clerk

### THE UNITED STATES OF AMERICA CHARGES THAT:

1. At all times material and pertinent to this Information, the Carpenter's (CJA) IND Local Union 1936, Lewistown, Pennsylvania, was a labor organization affecting commerce within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code. The defendant was employed by this labor organization as President.

2. Beginning on or about September 2002 and continuing up thorough on or about March 2004, in the Middle District of Pennsylvania, the defendant–

**BRIAN DRUCKEMILLER**

did knowingly and willfully make materially false entries in financial records required to be maintained by the union under Section 436 of Title 29, United States Code, in order to conceal financial losses by this labor organization.

All in violation of Title 29, United States Code, Section 439(c).

*Thomas A. Marino*
THOMAS A. MARINO
UNITED STATES ATTORNEY

3-6-06
DATE